UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
KENDALL SIMMONS,                    )
                                    )
    Plaintiff,                      )  Case Number: 18-cv-00895 (APM)
                                    )
v.                                  )
                                    )
THE DISTRICT OF COLUMBIA, et al.    )
                                    )
    Defendants.                     )
_____ )

## NOTICE OF SETTLEMENT

To resolve the matters in dispute in the above-styled action without further litigation, expense, or delay, Plaintiff and Defendants (collectively, the "Parties") unconditionally agree to the following terms:

1.    Plaintiff files this Notice of Settlement and Dismissal to make full and final settlement of all matters that Plaintiff raised in the above action against the Defendants. Plaintiff agrees to accept the terms set forth herein in full satisfaction of all claims, demands, rights and causes of action of whatever kind and nature based upon the allegations in the Complaint up to the date of filing this praecipe of settlement, including but not limited to the claims asserted, and those that could have been asserted, in the above-styled civil action.

2.    The Plaintiff, for consideration of the sum of Forty Thousand Dollars (**$40,000**), lawful money of the United States, inclusive of attorney's fees and costs (the "settlement amount"), for himself, his heirs, executors, administrators and assigns, does hereby release, waive and forever discharge the District of Columbia, a municipal corporation, its current and former officers, agents, servants and employees, including, but not limited to, Metropolitan Police Department Officers Daniel Tipps, Anthony Labruno and David Whitehead (hereinafter the "Officers"), of

and from any and all actions, damages, claims and demands whatsoever (including, but not limited to, claims for personal injury, medical malpractice and property damage and any and all claims or liens for attorney's fees and costs), which he now has or may have against the District or the officers, or which he or any person or persons claiming by, through or under him, or on his behalf, now or hereafter has or may have, under any theory of liability, against the afore-named parties by reason of or in any way arising out of former Metropolitan Police Department Officers Daniel Tipps, Anthony Labruno and David Whitehead allegedly using excessive force in assaulting and battering Plaintiff on June 2, 2017, (the "occurrence"), as alleged in or that could have been alleged in *Kendall Simmons v. the District of Columbia*, et al, Case Number: 18-cv-00895 (APM), filed in the United States District Court for the District of Columbia (the "Litigation"), or in any forum, court or administrative tribunal.

3. Plaintiff withdraws, without prejudice, the above-styled complaint against Defendants. This Notice of Settlement and Dismissal constitutes the full, final and complete relief that Plaintiff may have for the actions alleged in this action.

4. Except for ensuring compliance with the terms of this agreement as set forth below, Plaintiff agrees not to institute any other actions, charges, complaints, appeals or other proceedings against Defendants

5. The Plaintiff agrees that the terms expressly recited herein represent the entire compromise settlement and that the respective parties will each bear their own costs, fees, expenses and attorneys' fees. There are no terms or conditions to this agreement except those expressly stated herein. This agreement may not be altered modified, withdrawn, waived, rescinded or supplemented except by a written instrument executed by duly authorized representatives of both Parties.

6.	The Plaintiff and Defendant will file a formal Stipulation and Dismissal as soon as the documents can be drafted and approved by Defendant. Upon approval by Defendant management, this action will be dismissed, subject only to the Court retaining jurisdiction as necessary to enforce the terms of the Stipulation of Settlement and Dismissal.

Respectfully submitted,

_/s/ Lawrence B. Manley_____
LAWRENCE B. MANLEY [379702]
2026 32nd Street, SE

Washington, D.C.  20020

(202) 256-4524

Attorney for Plaintiff